UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, | 19 CV 5791(ER) <br><br> **DEFAULT JUDGMENT** |
| Plaintiffs, | |
| -against- | |
| TALICO CONTRACTING, INC. and WESTERN SURETY COMPANY, | |
| Defendants. | |

The Summons and Complaint in this action having been duly served on the above-named Defendant TALICO CONTRACTING, INC. ("TALICO"), and said Defendant having failed to file an Answer to said Complaint, and said default having been duly noted and upon the annexed Declaration of Default Judgment,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED AND ADJUDICATED that Plaintiffs do recover of TALICO, the Defendant, with its principal place of business at 133-10 Rockaway Blvd., South Ozone Park, New York 11420, in the amount of $ 21,485.89           , consisting of (1) the balance of the interest that accrued on the delinquency associated with the project known as Wald Houses located at 10 Avenue D, New York, New York ("Project") of $2,366.07, (2) liquidated damages on the delinquency associated with the Project of $8,823.67, (3) attorneys' fees and costs in the amount

of $10,296.15; (4) post judgment interest at the statutory rate;  and (5) such further legal, equitable, or other relief as the court sees just and proper; and, that the plaintiffs have execution therefore.

_____
Hon. Edgardo Ramos, U.S.D.J.

This document was entered on the docket on

 May 15, 2020                                            .